UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DAVID MACY,<br><br>    Plaintiff,<br><br>v.<br><br>USAA SAVINGS BANK,<br><br>    Defendant. | Case No.  1:18-cv-00357-TLS-SLC<br><br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff, David Macy, and Defendant, USAA Savings Bank ("USAA"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with Prejudice within the next sixty (60) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 13th day of August 2019.

**PRICE LAW GROUP, APC**

By:/s/ *David A. Chami*
David A. Chami, Esq. (AZ #027585)
8245 N 85th Way
Scottsdale, AZ 85258
T: (818) 600-5515
F: (818) 600-5415
E: david@pricelawgroup.com
*Attorneys for Plaintiff David Macy*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2019 a copy of the foregoing Plaintiff David Macy's Notice of Settlement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Lia Ruggeri*
Lia Ruggeri