UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

FORT WAYNE DIVISION

| | |
|---|---|
| DAVID MACY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>USAA SAVINGS BANK,<br><br>　　　　Defendant. | Case No.  1:18-cv-00357-HAB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff David Macy and Defendant USA Savings Bank ("USAA SB"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to USAA SB. The parties have further stipulated that each party shall bear their own attorneys' fees, costs, and expenses.

Respectfully submitted this 20th day of August 2019.

| | |
|---|---|
| PRICE LAW GROUP, APC<br><br>By: */s/ David A. Chami*<br>David A. Chami, Esq. (AZ #027585)<br>8245 N 85th Way<br>Scottsdale, AZ 85258<br>T: (818) 600-5515<br>F: (818) 600-5415<br>david@pricelawgroup.com<br><br>*Attorneys for Plaintiff,*<br>*David Macy* | Benesch Friedlander Coplan & Aronoff, LLP<br><br>By: */s/ David M. Krueger*<br>David M. Krueger (OH #0085072)<br>200 Public Square, Suite 2300<br>Cleveland, OH 44114<br>T: (216) 363-4500 x4683<br>F: (216) 363-4588<br>dkrueger@beneschlaw.com<br><br>*Attorneys for Defendant,*<br>*USAA Savings Bank* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

PRICE LAW GROUP, APC

*/s/ Lia Ruggeri*
Lia Ruggeri